# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 29, 2015

## NO. 03-14-00575-CR

**Ex parte Kelly James McCarty**

**APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**DISSENTING OPINION BY JUSTICE PEMBERTON**
**REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order denying appellant's application for writ of habeas corpus entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the district court's order and remands the case for further proceedings. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.